# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Ovidio Garza Jr.            *Principal*
YOB: 1973    United States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

United States District Court
Southern District Of Texas
FILED

JUL 19 2019

David J. Bradley, Clerk

Case Number:

M-19-1707-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 18, 2019** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Ernesto Giovanni Ramirez-Marroquin, a citizen of El Salvador, and Yeyson Estuardo Hernandez-Perez, a citizen of Guatemala, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

**On July 18, 2019, a Border Patrol Agent was working near Roma, Texas when he was approached by a concerned citizen. The concerned citizen informed the Agent that she had suspicion of a stash house because she witnessed multiple suspected aliens being dropped off and picked up at 904 Madrigal Street Apt 11 in Roma Texas.**

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

approved by Scott U. Greenbaum, AUSA
[signature] July 19, 2019

Signature of Complainant

Ernie Bergollo        Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 19, 2019  — 4:31 p.m.    at    McAllen, Texas
Date                                         City and State

Juan F. Alanis           , U. S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-19- |707 -M

RE: **Ovidio Garza Jr.**

**CONTINUATION:**

The Agent requested assistance from Roma Police Department and relayed the information about the possibility of aliens being harbored at the apartment. Roma Officers along with the Agent proceeded to the apartment and knocked on the door. A female subject opened the door and Officers asked to speak to the homeowner. Subsequently, a male subject, later identified as Ovidio Garza Jr., a United States Citizen, opened the door and Officers questioned Garza regarding illegal aliens being harbored in the residence. Garza claimed no one else besides his mother were at the house. At this time, Officers asked Garza for consent to search the house to which Garza agreed.

Inside the house, Officers discovered Ernesto Giovanni Ramirez-Marroquin, Yeyson Estuardo Hernandez- Perez, and six (6) additional subjects hiding in a closet. The Agent conducted an immigration inspection and determined that all eight subjects were illegally present in the United States.

Garza and the eight (8) aliens were placed under arrest and transported to the Rio Grande City Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Ovidio Garza Jr. was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Garza stated he was out riding his bicycle when he encountered a group of illegal aliens. Garza claimed that the aliens were lost so he took them to his house. Garza claimed he was just helping them out and offered them food and water.

**MATERIAL WITNESSES' STATEMENTS:**
Ernesto Giovanni Ramirez-Marroquin and Yeyson Estuardo Hernandez-Perez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Ramirez, a citizen of El Salvador, stated he illegally crossed into the United States along with two subjects. Ramirez claimed they walked until they saw a male subject riding a bicycle. According to Ramirez, they asked him for help and the male subject took them to his house. When they arrived to the house, Ramirez claimed there were people already there. Ramirez stated the male subject gave them food and water. A short time later, Ramirez claimed the male subject told them the police was outside and that if they wanted to hide.

Ramirez, identified Garza, through a photo lineup as the male subject who took them to the house.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19- 1707 -M

**RE:** Ovidio Garza Jr.

**CONTINUATION:**

Hernandez, a citizen of Guatemala, stated he made the smuggling arrangements and paid 300 Pesos to cross the river. After crossing the river with several others, Hernandez stated they walked for a few hours before they saw a male subject in a bicycle. Hernandez claimed they asked the male subject for help and afterwards followed him to a house. At the house, Hernandez claimed the male subject fed them.

Hernandez identified Garza, through a photo lineup as the male subject who took them to the house.